NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trenell COLEMAN, | |
|     Petitioner, | Civ. No. 09-6330 |
| v. | OPINION & ORDER |
| UNITED STATES OF AMERICA, | |
|     Respondent. | |

THOMPSON, U.S.D.J.

    A Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 having been filed by Petitioner and served on Respondent,

    It is, on this 19th day of February 2010, ORDERED that Respondent file an answer which responds to Petitioner's Motion within 45 days of the entry of this Order; and

    It is further ORDERED that the answer shall be accompanied by certified copies of all indictments and/or charges, transcripts, trial briefs, appendices, opinions and any and all related documents in the proceedings.

                                                 */s/ Anne E. Thompson*

                                                 ANNE E. THOMPSON, U.S.D.J.